# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### CRIMINAL CASE NO. 1:22-cr-00016-MR-WCM
#### CRIMINAL CASE NO. 1:23-cr-00037-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| SHAWN THOMAS JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* "Motion for Reconsideration" [Case No. 1:22cr16, Doc. 109; Case No. 1:23cr37, Doc. 32].

By the present motion, the Defendant moves for reconsideration of the Order striking his *pro se* filings. [Case No. 1:22cr16, Doc. 106; Case No. 1:23cr37, Doc. 30]. The Court finds no basis in fact or in law to reconsider its prior Order. Accordingly, the Defendant's motion for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* "Motion for Reconsideration" [Case No. 1:22cr16, Doc. 109; Case No. 1:23cr37, Doc. 32] is **DENIED**.

**IT IS SO ORDERED.**

Signed: February 5, 2024

Martin Reidinger
Chief United States District Judge