UNITED STATES DISTRICT COURT
OF WESTERN NORTH CAROLINA
ASHEVILLE DIVISION

```
                              )
SHAWN THOMAS JOHNSON          )    MOTION TO
       vs.                    )    GO FUCK YOURSELF
UNITED STATES OF AMERICA      )
                              )
```

FILED
ASHEVILLE, NC
FEB 19 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

For many years, this court has routinely violated my civil rights, most of the details to which the court struck from the record. While my crimes were completely victimless, this same court routinely sentences those who rape children and steal millions to far lesser sentences then to what I received. There is no question that this court is part of a massive corruption ring, leading to the furtherance of the albatross of mass incarceration in this land of the "free". I believe anything filed with this court will be met with the same disregard to my rights to petition the court, therefore I submit to the court to go fuck yourself.

Submitted this 12th Day of February, 2025

Shawn Thomas Johnson

in pro se