Shawn T. Johnson
NAME
24656058
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480

13 FEB 2025 PM 6 L



UNITED STATES DISTRICT COURT
Attn: Criminal Clerk
100 Otis St.
Asheville, NC 28801

RECEIVED
Asheville, NC

FEB 19 2025

Clerk, US District Court
Western District of NC

LEGAL MAIL

Case 1:22-cr-00016-MR-WCM   Document 135-1   Filed 02/19/25   Page 1 of 1